# EXHIBIT B

## Kevin Elkins

| | |
|---|---|
| **From:** | Lisa Adcock |
| **Sent:** | Wednesday, January 03, 2018 4:26 PM |
| **To:** | 'GCarr@CarrIP.com' |
| **Cc:** | Jack Waddey; Chanelle Acheson; Kevin Elkins |
| **Subject:** | Sunny Days Entertainment v. Traxxas, LP |
| **Attachments:** | Letter to G Carr.pdf; Complaint.pdf; Exhibit A.PDF; Exhibit B.PDF; Exhibit C.PDF; Exhibit D.PDF; Exhibit E.PDF; Exhibit F.PDF; Exhibit G.PDF; Exhibit H.PDF; Exhibit I.PDF; Local Rule 26 01 Responses.pdf |

Dear Mr. Carr,

Chanelle Acheson requested that I forward to you the attached response to your letter dated December 4, 2017, as well as a copy of the Declaratory Judgment Action that was filed by our local counsel this afternoon and supporting documents. The Court has not generated a stamped-filed copy at this time, we will send you the stamped version once we receive it, likely tomorrow. We have not begun service of process in hopes that we can discuss an amicable agreement prior to undertaking extensive litigation.

Please let me know should you have difficulty opening the attached.


Lisa S Adcock
Legal Assistant



Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
615-850-6159
lisa.adcock@wallerlaw.com

1