# EXHIBIT C

# Kevin Elkins

| | |
|---|---|
| **From:** | Kevin Elkins |
| **Sent:** | Friday, January 26, 2018 4:27 PM |
| **To:** | 'GCarr@CarrIP.com'; 'dhuang@carrip.com' |
| **Cc:** | Chanelle Acheson |
| **Subject:** | Waiver of Service of Process |
| **Attachments:** | 8. Amended Complaint.pdf; 8-1. Amended Summons.pdf; 8-1. Exhibit A.PDF; 8-3. Exhibit B.PDF; 8-4. Exhibit C.PDF; 8-5. Exhibit D.PDF; 8-6. Exhibit E.PDF; 8-7. Exhibit F.PDF; 8-8. Exhibit G.PDF; 8-9. Exhibit H.PDF; 8-10. Exhibit I.PDF; Executed Request for Waiver of Service of Summons 4838-6900-6683 v1.pdf; Waiver of Service of Summons 4845-5143-3051 v1.pdf |

Mr. Carr,

Thanks for taking the time to speak with us this week about your client's position in the South Carolina Declaratory Judgment Action. I have spoken with my clients, and Sunny Days is unable to agree to the terms Traxxas has proposed. I hope, however, that settlement discussions can be ongoing.

Please also find, attached, Sunny Days' Amended Complaint. We had previously held off on serving the Original complaint in order to engage in settlement conversations.

I am also attaching a request for waiver of service of the summons, as well as a waiver form. The rules require this form and the pleadings to be sent to you in hard copy, which is on the way to your office in the mail. It is our hope that you will be able to accept service on behalf of your client. Assuming you are able, please execute the attached waiver and return to us for filing. As you know, executing the waiver also extends your deadline to respond to the Amended Complaint.

Thanks,


**Kevin Elkins**
Associate

# waller

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
615.850.8008
kevin.elkins@wallerlaw.com
vCard